B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of South Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ashley, Betty Sue** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6164** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**26 Silver Court**<br>**Jackson, SC**<br>ZIP Code **29831** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Aiken** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United<br>States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ☐ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                           Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ashley, Betty Sue** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ JASON T. MOSS**                          **March 20, 2015** <br> Signature of Attorney for Debtor(s)                    (Date) <br> **JASON T. MOSS 7240** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ashley, Betty Sue** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Betty Sue Ashley**
Signature of Debtor  **Betty Sue Ashley**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 20, 2015**
Date

### Signature of Attorney*

X **/s/ JASON T. MOSS**
Signature of Attorney for Debtor(s)

**JASON T. MOSS 7240**
Printed Name of Attorney for Debtor(s)

**MOSS & ASSOCIATES, ATTORNEYS P.A.**
Firm Name

**816 ELMWOOD AVENUE
COLUMBIA, SC 29201**

_____
Address

**Email: JASON@MOSSATTORNEYS.COM
(803)-933-0202  Fax: (803)-933-9941**
Telephone Number

**March 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of South Carolina

In re __Betty Sue Ashley_____    Case No. _____

_____    Chapter    __13_____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Betty Sue Ashley**

                       **Betty Sue Ashley**

Date:   **March 20, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of South Carolina

In re   **Betty Sue Ashley**                                    ,     Case No. _____

                                    Debtor

                                    Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 43,620.00 | | |
| B - Personal Property | Yes | 9 | 135,920.69 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 44,135.99 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,015.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 24,356.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,165.63 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,132.03 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 179,540.69 | | |
| Total Liabilities | | | | 71,506.99 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of South Carolina

In re     **Betty Sue Ashley**

_____,
Debtor

Case No. _____

Chapter _____ **13** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 7,806.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 7,806.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 4,165.63 |
| Average Expenses (from Schedule J, Line 22) | 3,132.03 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 5,758.41 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,670.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 3,015.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 24,356.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 26,026.00 |

B6A (Official Form 6A) (12/07)

In re  **Betty Sue Ashley**                                                              , Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| DEBTOR'S RESIDENCE: MOBILE HOME AND LAND; 26 SILVER COURT JACKSON, SC 29831, AIKEN COUNTY, TMS# (095-19-01-002), (.75) ACRES, TAX APPRAISAL VALUE ($3,970), SEE ATTACHED APPRAISAL. DEBTOR REFINANCED MOBILE HOME AND LAND IN 3/2010 FOR ($52,700). | Fee Simple | - | 40,000.00 | 39,665.99 |
| MOBIILE HOME: 1998 REDMAN SILVERCREEK DOUBLEWIDE MOBILE HOME, VIN# (138A0256AB), (24X80), TAX APPRAISAL VALUE ($18,070), SEE ATTACHED APPRAISAL. | | | | |
| TOTAL VALUE OF MOBILE HOME AND LAND ($22,040) | | | | |
| DEBTOR'S OPINION OF MARKET VALUE ($40,000) | | | | |
| DEBTOR'S PROPERTY: LAND ONLY; 24 SILVER COURT JACKSON, SC  29831, AIKEN COUNTY, TMS# (095-19-01-003), (.75) ACRES, TAX APPRAISAL VALUE ($3,620), SEE ATTACHED APPRAISAL. | Fee Simple | - | 3,620.00 | 0.00 |
| DEBTOR'S OPINION OF MARKET VALUE ($3,000) | | | | |

|  | Sub-Total > | 43,620.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 43,620.00 |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

# AIKEN COUNTY, SOUTH CAROLINA

## REAL ESTATE OR PERSONAL PROPERTY TAX NOTICE
### FOR TAX YEAR COMMENCING JAN 1, 2014

**CHARLES T. BARTON**
**COUNTY AUDITOR**
**803-642-1510**

**FOR PAYMENTS ONLINE**
www.aikencountysc.gov
A 1.9% Convenience Fee will be added to transaction.
Allow 48 Hours for payment processing.

**JASON GOINGS**
**COUNTY TREASURER**
**803-642-2092**

## THIS IS THE ONLY NOTICE YOU WILL RECEIVE.  ACCOUNT SUBJECT TO PENALTIES AFTER
## JANUARY 15, 2015 AND BECOMES DELINQUENT AFTER MARCH 16, 2015.

ASHLEY BETTY
26 SILVER CT
JACKSON SC 29831

GIS: 095-19-01-002
PROPERTY ID: 095-19-01-002

R-2014-013253

| PROPERTY CLASS | RATIO | TAXABLE VALUE | LOTS | ACRES | # IMP | TAX DIST | MORT CODE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|
| OWNER OCCUPIED RESIDENTIAL | .04 | 3970 | 0 | .75 | 0 | 101 | 26 | 160 |
| AGRICULTURE USE | .00 | 0 | 0 | .00 | 0 | 101 | 26 | 0 |
| AGRICULTURE USE | .00 | 0 | 0 | .00 | 0 | 101 | 26 | 0 |
| ALL OTHER PROPERTY | .00 | 0 | 0 | .00 | 0 | 101 | 26 | 0 |
| TOTAL | | 3970 | 0 | .75 | 0 | 101 | 26 | 160 |

### PROPERTY OWNER EMAIL NOTIFICATION
Register at www.aikencountysc.gov to receive
notifications of tax notices.

Your mortgage company has been billed for these taxes

SCHOOL LEVY = 170.60 COUNTY LEVY = 69.90 TOTAL LEVY = 240.50

| TAXING ENTITY | LEVY/MILLS | ASSESSMENT | TAX |
|---|---|---|---|
| **APPROVED BY BOARD OF EDUCATION** | | | |
| SCHOOL OPERATION | 141.60 | 160 | 22.66 |
| SCHOOL BOND DEBT | 29.00 | 160 | 4.64 |
| SCHOOL TAX CREDIT (SAVINGS) | 141.60 | -160 | -22.66 |
| | | | |
| **APPROVED BY COUNTY COUNCIL** | | | |
| COUNTY OPERATION | 53.70 | 160 | 8.59 |
| COUNTY BOND DEBT | 3.90 | 160 | 0.62 |
| SOLID WASTE | 5.80 | 160 | 0.93 |
| AIKEN TECHNICAL COLLEGE | 3.00 | 160 | 0.48 |
| USC - AIKEN | 1.60 | 160 | 0.26 |
| ROADS | 1.90 | 160 | 0.30 |
| FIRE FEE    09 | | | .00 |
| CONTACT FIRE DEPARTMENT FOR APPEALS | | | |
| STORM WATER FEE | | | 18.00 |
| COUNTY HOMESTEAD EXEMPTION (SAVINGS) | .00 | 0 | .00 |
| | | | |
| **APPROVED BY CITY COUNCIL OR SPD** | | | |
| CITY PROPERTY TAX | .00 | 0 | .00 |
| CITY HOMESTEAD EXEMPTIONS (SAVINGS) | .00 | 0 | .00 |
| **TOTAL DUE BY JAN 15, 2015 WITHOUT PENALTY** | | | 33.82 |

## YOUR CLEARED CHECK WILL SERVE AS YOUR RECEIPT
### Tax payment history can be printed from the website.
### www.aikencountysc.gov

| NAME | ASHLEY BETTY | | | |
|---|---|---|---|---|
| RECEIPT NUMBER | R-2014-013253 | | | |
| GIS NUMBER | 095-19-01-002 | | | |
| PROPERTY ID | 095-19-01-002 | | | |
| TAX DIST | MORT CODE | #IMP | LOTS | ACRES |
| 101 | 26 | 0 | 0 | .75 |
| PROPERTY LOCATION | N OF HWY 62 | | | |
| PROPERTY ADDRESS | SILVER CT | | | |
| TAXABLE VALUE | | | | 3,970 |
| TAX AMOUNT | | | | 38.48 |
| LESS HOMESTEAD EXEMPTION | | | | .00 |
| LESS SCHOOL TAX CREDIT (SAVINGS) | | | | -22.66 |
| FIRE FEE | | | | 0.00 |
| STORM WATER FEE | | | | 18.00 |
| **AMOUNT DUE BY Jan 15, 2015** | | | | **33.82** |
| PENALTIES ADDED | | | | |
| AFTER JAN 15 THRU FEB. 1 | (+3%) | | | 34.29 |
| AFTER FEB 1 THRU MARCH 16 | (+10%) | | | 35.40 |
| AFTER MARCH 16, 2015 | (+15%) | | | 36.19 |
| PRIOR YEAR TAX ON THIS PROPERTY FOR INFORMATION ONLY  48.82 | | | | |

AFTER MARCH 16TH, DELINQUENT TAX COLLECTOR WILL ACCEPT ONLY CASH, CASHIER'S CHECK OR US POSTAL MONEY
ORDER.  CONTACT DELINQUENT TAX COLLECTOR AT 803-642-2081 FOR CORRECT AMOUNT TO PAY.

### PLEASE DETACH BOTTOM PORTION AND RETURN TO TREASURER TO ENSURE PROPER CREDIT

# AIKEN COUNTY, SOUTH CAROLINA

## REAL ESTATE OR PERSONAL PROPERTY TAX NOTICE
## FOR TAX YEAR COMMENCING JAN 1, 2014

**CHARLES T. BARTON**
**COUNTY AUDITOR**
**803-642-1510**

FOR PAYMENTS ONLINE
www.aikencountysc.gov
A 1.9% Convenience Fee will be added to transaction.
Allow 48 Hours for payment processing.

**JASON GOINGS**
**COUNTY TREASURER**
**803-642-2092**

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE.  ACCOUNT SUBJECT TO PENALTIES AFTER JANUARY 15, 2015 AND BECOMES DELINQUENT AFTER MARCH 16, 2015.**

ASHLEY LIFE ESTATE LARRY
28 SILVER CT
JACKSON SC 29831

GIS: 095-19-01-003
PROPERTY ID: 095-19-01-003

R-2014-013295

| PROPERTY CLASS | RATIO | TAXABLE VALUE | LOTS | ACRES | # IMP | TAX DIST | MORT CODE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|
| OWNER OCCUPIED RESIDENTIAL | .04 | 3620 | 0 | .75 | 0 | 101 | 0 | 140 |
| AGRICULTURE USE | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| AGRICULTURE USE | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| ALL OTHER PROPERTY | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| TOTAL | | 3620 | 0 | .75 | 0 | 101 | 0 | 140 |

**PROPERTY OWNER EMAIL NOTIFICATION**
Register at www.aikencountysc.gov to receive notifications of tax notices.

**SCHOOL LEVY = 170.60 COUNTY LEVY = 69.90 TOTAL LEVY = 240.50**

| TAXING ENTITY | LEVY/MILLS | ASSESSMENT | TAX |
|---|---|---|---|
| **APPROVED BY BOARD OF EDUCATION** | | | |
| SCHOOL OPERATION | 141.60 | 140 | 19.82 |
| SCHOOL BOND DEBT | 29.00 | 140 | 4.06 |
| SCHOOL TAX CREDIT (SAVINGS) | 141.60 | -140 | -19.82 |
| **APPROVED BY COUNTY COUNCIL** | | | |
| COUNTY OPERATION | 53.70 | 140 | 7.52 |
| COUNTY BOND DEBT | 3.90 | 140 | 0.55 |
| SOLID WASTE | 5.80 | 140 | 0.81 |
| AIKEN TECHNICAL COLLEGE | 3.00 | 140 | 0.42 |
| USC - AIKEN | 1.60 | 140 | 0.22 |
| ROADS | 1.90 | 140 | 0.27 |
| FIRE FEE   09 | | | .00 |
| CONTACT FIRE DEPARTMENT FOR APPEALS | | | |
| STORM WATER FEE | | | 18.00 |
| COUNTY HOMESTEAD EXEMPTION (SAVINGS) | .00 | 0 | .00 |
| **APPROVED BY CITY COUNCIL OR SPD** | | | |
| CITY PROPERTY TAX | .00 | | .00 |
| CITY HOMESTEAD EXEMPTIONS (SAVINGS) | .00 | 0 | .00 |
| **TOTAL DUE BY JAN 15, 2015 WITHOUT PENALTY** | | | **31.85** |

**YOUR CLEARED CHECK WILL SERVE AS YOUR RECEIPT**
Tax payment history can be printed from the website.
www.aikencountysc.gov

| NAME | ASHLEY LIFE ESTATE LARRY |
|---|---|
| RECEIPT NUMBER | R-2014-013295 |
| GIS NUMBER | 095-19-01-003 |
| PROPERTY ID | 095-19-01-003 |

| TAX DIST | MORT CODE | #IMP | LOTS | ACRES |
|---|---|---|---|---|
| 101 | 0 | 0 | 0 | .75 |

| PROPERTY LOCATION | NEAR JACKSON PT OF ESSIE RICHARD |
|---|---|
| PROPERTY ADDRESS | SILVER CT |
| TAXABLE VALUE | 3,620 |
| TAX AMOUNT | 33.67 |
| LESS HOMESTEAD EXEMPTION | .00 |
| LESS SCHOOL TAX CREDIT (SAVINGS) | -19.82 |
| FIRE FEE | 0.00 |
| STORM WATER FEE | 18.00 |
| **AMOUNT DUE BY Jan 15, 2015** | **31.85** |
| PENALTIES ADDED | |
| AFTER JAN 15 THRU FEB. 1  (+3%) | 32.27 |
| AFTER FEB 1 THRU MARCH 16  (+10%) | 33.24 |
| AFTER MARCH 16, 2015  (+15%) | 33.93 |
| PRIOR YEAR TAX ON THIS PROPERTY FOR INFORMATION ONLY  46.85 | |

**AFTER MARCH 16TH, DELINQUENT TAX COLLECTOR WILL ACCEPT ONLY CASH, CASHIER'S CHECK OR US POSTAL MONEY ORDER.  CONTACT DELINQUENT TAX COLLECTOR AT 803-642-2081 FOR CORRECT AMOUNT TO PAY.**

**PLEASE DETACH BOTTOM PORTION AND RETURN TO TREASURER TO ENSURE PROPER CREDIT**

Check #            Amount            ASHLEY LIFE ESTATE LARRY            ADDRESS CHANGE

# AIKEN COUNTY, SOUTH CAROLINA

## REAL ESTATE OR PERSONAL PROPERTY TAX NOTICE
### FOR TAX YEAR COMMENCING JAN 1, 2014

**CHARLES T. BARTON
COUNTY AUDITOR
803-642-1510**

FOR PAYMENTS ONLINE
www.aikencountysc.gov
A 1.9% Convenience Fee will be added to transaction.
Allow 48 Hours for payment processing.

**JASON GOINGS
COUNTY TREASURER
803-642-2092**

## THIS IS THE ONLY NOTICE YOU WILL RECEIVE. ACCOUNT SUBJECT TO PENALTIES AFTER JANUARY 15, 2015 AND BECOMES DELINQUENT AFTER MARCH 16, 2015.

| | PROPERTY CLASS | RATIO | TAXABLE VALUE | LOTS | ACRES | # IMP | TAX DIST | MORT CODE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| ASHLEY BETTY S<br>26 SILVER CT<br>JACKSON SC 29831 | OWNER OCCUPIED RESIDENTIAL | .04 | 18070 | 0 | .00 | 1 | 101 | 0 | 720 |
| | AGRICULTURE USE | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| GIS: 095-19-01-002<br>PROPERTY ID: 777-00-07-883 | AGRICULTURE USE | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| | ALL OTHER PROPERTY | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| R-2014-013256 | TOTAL | | 18070 | 0 | .00 | 1 | 101 | 0 | 720 |

### PROPERTY OWNER EMAIL NOTIFICATION
Register at www.aikencountysc.gov to receive
notifications of tax notices.

**SCHOOL LEVY = 170.60 COUNTY LEVY = 69.90 TOTAL LEVY = 240.50**

| TAXING ENTITY | LEVY/MILLS | ASSESSMENT | TAX |
|---|---|---|---|
| **APPROVED BY BOARD OF EDUCATION** | | | |
| SCHOOL OPERATION | 141.60 | 720 | 101.95 |
| SCHOOL BOND DEBT | 29.00 | 720 | 20.88 |
| SCHOOL TAX CREDIT (SAVINGS) | 141.60 | -720 | -101.95 |
| | | | |
| **APPROVED BY COUNTY COUNCIL** | | | |
| COUNTY OPERATION | 53.70 | 720 | 38.66 |
| COUNTY BOND DEBT | 3.90 | 720 | 2.81 |
| SOLID WASTE | 5.80 | 720 | 4.18 |
| AIKEN TECHNICAL COLLEGE | 3.00 | 720 | 2.16 |
| USC - AIKEN | 1.60 | 720 | 1.15 |
| ROADS | 1.90 | 720 | 1.37 |
| FIRE FEE   09   JACKSON FIRE DISTRICT | | | 35.00 |
| CONTACT FIRE DEPARTMENT FOR APPEALS | | | |
| STORM WATER FEE | | | .00 |
| COUNTY HOMESTEAD EXEMPTION (SAVINGS) | .00 | 0 | .00 |
| | | | |
| **APPROVED BY CITY COUNCIL OR SPD** | | | |
| CITY PROPERTY TAX | .00 | 0 | .00 |
| CITY HOMESTEAD EXEMPTIONS (SAVINGS) | .00 | 0 | .00 |

**TOTAL DUE BY JAN 15, 2015 WITHOUT PENALTY          106.21**

**YOUR CLEARED CHECK WILL SERVE AS YOUR RECEIPT**
Tax payment history can be printed from the website.
**www.aikencountysc.gov**

| NAME | ASHLEY BETTY S |
|---|---|
| RECEIPT NUMBER | R-2014-013256 |
| GIS NUMBER | 095-19-01-002 |
| PROPERTY ID | 777-00-07-883 |

| TAX DIST | MORT CODE | #IMP | LOTS | ACRES |
|---|---|---|---|---|
| 101 | 0 | 1 | 0 | .00 |

| PROPERTY LOCATION | 98 REDMAN |
|---|---|
| PROPERTY ADDRESS | 26 SILVER CT |
| TAXABLE VALUE | 18,070 |
| TAX AMOUNT | 173.16 |
| LESS HOMESTEAD EXEMPTION | .00 |
| LESS SCHOOL TAX CREDIT (SAVINGS) | -101.95 |
| FIRE FEE | 35.00 |
| STORM WATER FEE | 0.00 |
| **AMOUNT DUE BY Jan 15, 2015** | **106.21** |
| PENALTIES ADDED | |
| AFTER JAN 15 THRU FEB. 1 | (+3%) | 108.35 |
| AFTER FEB 1 THRU MARCH 16 | (+10%) | 113.33 |
| AFTER MARCH 16, 2015 | (+15%) | 116.89 |
| PRIOR YEAR TAX ON THIS PROPERTY FOR INFORMATION ONLY   106.21 | |

AFTER MARCH 16TH, DELINQUENT TAX COLLECTOR WILL ACCEPT ONLY CASH, CASHIER'S CHECK OR US POSTAL MONEY ORDER.  CONTACT DELINQUENT TAX COLLECTOR AT 803-642-2081 FOR CORRECT AMOUNT TO PAY.

PLEASE DETACH BOTTOM PORTION AND RETURN TO TREASURER TO ENSURE PROPER CREDIT

B6B (Official Form 6B) (12/07)

In re   **Betty Sue Ashley** _____,   Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND** | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SRP FEDERAL CREDIT UNION: CHECKING ACCOUNT# (0007) SUFFIX (0071)** | - | 0.00 |
| | | **SRP FEDERAL CREDIT UNION: SAVINGS ACCOUNT# (0007) SUFFIX (0061)** | - | 0.00 |
| | | **ASSOCIATES CREDIT UNION: SAVINGS ACCOUNT# (0690)** | - | 0.00 |
| | | **UNITED NEIGHBORHOOD FEDERAL CREDIT UNION: SAVINGS ACCOUNT# (2787)** | - | 25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS AND OTHER HOUSEHOLD APPLIANCES: LOVE SEAT, COUCH, (3) END TABLES, RUGS, LAMPS, (2) BEDROOM SETS, CURIO, KITCHEN TABLE, HUTCH, WII, (2) DVD PLAYERS, (3) TELEVISIONS, BLUE RAY PLAYER, LAPTOP, PRINTER, DISHES AND SILVERWARE, POTS AND PANS** | - | 2,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **BOOKS AND OTHER COLLECTIBLES** | - | 100.00 |
| 6. Wearing apparel. | | **ASSORTED USED CLOTHING** | - | 200.00 |
| 7. Furs and jewelry. | | **JEWELRY: ASSORTED COSTUME JEWELRY, (2) TENNIS BRACELETS, DIAMOND EARRINGS, DIAMOND NECKLACE, DIAMOND RING, MOTHERS RING** | - | 1,200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    **4,325.00**
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Betty Sue Ashley**                                                    ,    Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | WHOLE LIFE INSURANCE: STATE FARM LIFE; ONE STATE FARM PLAZA BLOOMINGTON, IL 61710, POLICY# (LF-1566-5927), VALUE OF POLICY ($25,000), CASH SURRENDER VALUE ($3,946) | - | 3,946.00 |
| | | TERM LIFE INSURANCE: PLATFORM LIFE INSURANCE, PO BOX 96 MINNEAPOLIS, MN  55440, POLICY# (PLBMD0314159), VALUE OF POLICY ($54,000), CASH SURRENDER VALUE ($0.00) | - | 54,000.00 |
| | | TERM LIFE INSURANCE: PRUDENTIAL LIFE INSURANCE COMPANY PO BOX 8517 PHILADELPHIA, PA  19176, POLICY# (50230), FACE VALUE OF POLICY ($6,241), CASH SURRENDER VALUE ($56,241) | - | 56,241.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | RETIREMENT PROGRAM: ERISA QUALIFIED 401 (K) RETIREMENT PROGRAM, VANGUARD PO BOX 1101 VALLEY FORGE, PA  19482, FACE VALUE OF PROGRAM ($3,998.12), PROGRAM CANNOT BE ENTERED INTO WITHOUT SUBSTANTIAL PENALTY UNTIL THE AGE OF RETIREMENT HAS BEEN REACHED, CASH SURRENDER VALUE ($0.00) | - | 3,998.12 |
| | | BUSINESS IS A SOLE PROPRIETORSHIP DBA PURE ELEGANCE BY ASH OPERATING AS BEAD JEWELRY. MATERIALS AND SUPPLIES ARE PURCHASED ON AN AS NEEDED BASIS. THERE ARE NO OTHER EMPLOYEES OR ACCOUNTS RECEIVABLES. DEBTOR'S OPINION OF VALUE OF BUSINESS ($0.00) | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >        118,185.12
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Betty Sue Ashley** , Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **TAX REFUND FOR 2014  ($1,749)** | - | 1,749.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >   1,749.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Betty Sue Ashley** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | DEBTOR'S PROPERTY: MOBILE HOME ONLY: 2000 CHAMPION CHANDELEUR SINGLEWIDE MOBILE HOME: VIN# (CH1AL23706), (16X76), DEBTOR'S OPINION OF MARKET VALUE ($2,000) BASED ON THE AMOUNT OF REPAIRS NEEDED. THIS MOBILE HOME SITS ON PROPERTY LISTED IN SCHEDULE A; TMS# (095-19-01-003). DEBTOR INHERITED MOBILE HOME DUE TO DEATH OF HER BROTHER 8/2014. | - | 2,000.00 |
| | | DEBTOR'S PROPERTY: MOBILE HOME ONLY: 1986 FLEETWOOD SANDPOINTE SERIES SINGLEWIDE MOBILE HOME; VIN# (F2D3652FB2876GA), (12X36), TAX APPRAISAL VALUE ($2,880), SEE ATTACHED. THIS MOBILE HOME SITS ON PROPERTY LISTED IN SCHEDULE A. TMS# (095-19-01-003). DEBTOR PURCHASED MOBILE HOME IN 2/2004 FOR ($2,500). DEBTOR'S OPINION OF MARKET VALUE ($500); NEEDS MANY REPAIRS AND IS OVER 25 YEARS OLD. | - | 500.00 |
| | | DEBTOR'S PROPERTY: MOBILE HOME ONLY: 2000 CLAYTON SPIRIT 2 SINGLEWIDE MOBILE HOME, VIN# (CWP008786TN), (14X46), NADA MOBILE HOME GUIDE VALUE ($6,455.13), SEE ATTACHED. DEBTOR OWNS 1/2 INTEREST IN PROPERTY WITH BROTHER, LARRY ASHLEY. MOBILE HOME SITS ON PROPERTY LISTED ON SCHEDULE A. TMS# (095-19-01-002). DEBTOR PURCHASED MOBILE HOM IN 3/2000 FOR ($14,860). | - | 3,227.57 |
| | | 2006 CADILLAC STS: VIN# (1G6DW677660220096), (4) DOOR, (8) CYLINDER, (154,000) MILES, KELLEY BLUE BOOK VALUE ($4,607) | - | 4,607.00 |
| | | 1999 FORD RANGER: VIN# (1FTYR10COXTA84211), (2) DOOR, (4) DOOR, (113,000) MILES, KELLEY BLUE BOOK VALUE ($1,312) | - | 1,312.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | TOOLS OF THE TRADE:STRINGS AND BEADS AND CLAMPS | - | 15.00 |
| 30. Inventory. | X | | | |

Sub-Total >      **11,661.57**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Betty Sue Ashley**                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >          **135,920.69**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)



# NADAguides Value Report
### *(This is not an appraisal form)*

Date: 03/18/2015

| Reference Number | Office Location | Guide Edition | March-April 2015 |
|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2000 | CLAYTON HOMES INC | SPIRIT 2000 | SC | SA |

Floor Areas: Single-Wide      Chart: 326

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area | 14 x | 46 | $6,455.13 |

| | | | |
|---|---|---|---|
| Floor Value | | | $6,455.13 |
| Items Multiplier (N/A) | | x | N/A |
| **1.** | **Base Structure Value** | | **$6,455.13** |
| 2. | State Location Adjustment Selected: Yes | x | 100 % |
| 3. | Total Guide Book Retail Value (in average condition) | | $6,455.13 |
| 4. | Condition Adjustment Selected: N/A | x | N/A |
| 5. | Condition Adjusted Value     Remaining Physical Life: N/A | | $6,455.13 |
| 6. | Land-Lease Community Adjustment Selected: N/A | x | N/A |
| 7. | Land-Lease Community Adjusted Value | | $6,455.13 |
| **8.** | **Total Adjusted Value of Home** | | **$6,455.13** |
| 9. | Total Additional Features | + | $0.00 |
| 10. | Total Repairs | - | $0.00 |
| **11.** | **Total Adjusted (Retail) Value  of Home and Optional Equipment** | | **$6,455.13** |
| 12. | Wholesale Value Selected: N/A | x  N/A | N/A |
| 13. | Additional Adjustments Selected: No | | |

Prepared For:

Prepared By:    Michael Moses

Comments:

> 1004C/70B users - cost guide quality converts to: Fair.
> For detailed explanation, see "Construction Quality" under "Help".

Copyright © 2015 NADAguides All Rights Reserved.  NADAguides is an alliance partner of NADA Services Corporation.



**Kelley Blue Book**  The Trusted Resource*

 **HAS YOUR CAR'S WARRANTY EXPIRED?**
**OR IS IT ABOUT TO EXPIRE?**   NEXT: YOUR QUOTE →   

Advertisement                                                                 Why ads?

# 2006 Cadillac STS
# Pricing Report

Sell To Private Party



**Style:** Sedan 4D
**Mileage:** 154,000



Fair Condition **$4,144**
Good Condition **$4,607**
Very Good Condition **$5,098**
Excellent Condition **$5,615**

PRIVATE PARTY RANGE

## Vehicle Highlights

| | |
|---|---|
| **Fuel Economy:** City 16/Hwy 25/Comb 19 MPG | **Max Seating:** 5 |
| **Doors:** 4 | **Engine:** V6, 3.6 Liter |
| **Drivetrain:** RWD | **Transmission:** Automatic |
| **EPA Class:** Midsize Cars | **Body Style:** Sedan |
| **Country of Origin:** United States | **Country of Assembly:** United States |

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
  V6, 3.6 Liter
**Transmission**
  Automatic
**Drivetrain**
  RWD
**Braking and Traction**
  Traction Control
  StabiliTrak
  ABS (4-Wheel)

**Comfort and Convenience**
  Air Conditioning
  Power Windows
  Power Door Locks
  Cruise Control
**Steering**
  Power Steering
  Tilt Wheel
**Entertainment and Instrumentation**
  AM/FM Stereo
  CD (Single Disc)
  Bose Premium Sound
  OnStar
**Safety and Security**
  Parking Sensors
  Dual Air Bags
  Side Air Bags

**Seats**
  Dual Power Seats
  Leather
**Wheels and Tires**
  Alloy Wheels

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an



**Kelley Blue Book** The Trusted Resource®

 **HAS YOUR CAR'S WARRANTY EXPIRED?** OR IS IT ABOUT TO EXPIRE?

NEXT: YOUR QUOTE →



Advertisement

Why ads?

# 1999 Ford Ranger Regular Cab Pricing Report

Sell To Private Party



**Style:** Short Bed
**Mileage:** 113,000



Fair Condition $1,312

Good Condition $1,435

Very Good Condition $1,603

Excellent Condition $1,701

PRIVATE PARTY RANGE

## Vehicle Highlights

**Fuel Economy:**
City 19/Hwy 24/Comb 21 MPG

**Doors:** 2

**Drivetrain:** 2WD

**EPA Class:** Small Pickup Trucks

**Country of Origin:** United States

**Max Seating:** 3

**Engine:** 4-Cyl, 2.5 Liter

**Transmission:** Manual, 5-Spd

**Body Style:** Pickup

**Country of Assembly:** United States

Priv

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
   4-Cyl, 2.5 Liter
**Transmission**
   Manual, 5-Spd
**Drivetrain**
   2WD

**Steering**
   Power Steering
**Entertainment and Instrumentation**
   AM/FM Stereo
**Safety and Security**
   Dual Air Bags

**Wheels and Tires**
   Steel Wheels

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is different and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The final price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

## AIKEN COUNTY, SOUTH CAROLINA

### REAL ESTATE OR PERSONAL PROPERTY TAX NOTICE
### FOR TAX YEAR COMMENCING JAN 1, 2014

**CHARLES T. BARTON**
**COUNTY AUDITOR**
**803-642-1510**

FOR PAYMENTS ONLINE
www.aikencountysc.gov
A 1.9% Convenience Fee will be added to transaction.
Allow 48 Hours for payment processing.

**JASON GOINGS**
**COUNTY TREASURER**
**803-642-2092**

## THIS IS THE ONLY NOTICE YOU WILL RECEIVE. ACCOUNT SUBJECT TO PENALTIES AFTER JANUARY 15, 2015 AND BECOMES DELINQUENT AFTER MARCH 16, 2015.

ASHLEY BETTY
26 SILVER CT
JACKSON SC 29831

GIS: 095-19-01-003
PROPERTY ID: 777-00-19-438

R-2014-013255

| PROPERTY CLASS | RATIO | TAXABLE VALUE | LOTS | ACRES | # IMP | TAX DIST | MORT CODE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|
| OWNER OCCUPIED RESIDENTIAL | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| AGRICULTURE USE | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| AGRICULTURE USE | .00 | 0 | 0 | .00 | 0 | 101 | 0 | 0 |
| ALL OTHER PROPERTY | .06 | 2880 | 0 | .00 | 1 | 101 | 0 | 170 |
| TOTAL | | 2880 | 0 | .00 | 1 | 101 | 0 | 170 |

### PROPERTY OWNER EMAIL NOTIFICATION
Register at www.aikencountysc.gov to receive
notifications of tax notices.

**SCHOOL LEVY = 170.60 COUNTY LEVY = 69.90 TOTAL LEVY = 240.50**

| TAXING ENTITY | LEVY/MILLS | ASSESSMENT | TAX |
|---|---|---|---|
| **APPROVED BY BOARD OF EDUCATION** | | | |
| SCHOOL OPERATION | 141.60 | 170 | 24.07 |
| SCHOOL BOND DEBT | 29.00 | 170 | 4.93 |
| SCHOOL TAX CREDIT (SAVINGS) | .00 | 0 | .00 |
| | | | |
| **APPROVED BY COUNTY COUNCIL** | | | |
| COUNTY OPERATION | 53.70 | 170 | 9.13 |
| COUNTY BOND DEBT | 3.90 | 170 | 0.66 |
| SOLID WASTE | 5.80 | 170 | 0.99 |
| AIKEN TECHNICAL COLLEGE | 3.00 | 170 | 0.52 |
| USC - AIKEN | 1.60 | 170 | 0.27 |
| ROADS | 1.90 | 170 | 0.32 |
| FIRE FEE   09   JACKSON FIRE DISTRICT | | | 35.00 |
| CONTACT FIRE DEPARTMENT FOR APPEALS | | | |
| STORM WATER FEE | | | .00 |
| COUNTY HOMESTEAD EXEMPTION (SAVINGS) | .00 | 0 | .00 |
| | | | |
| **APPROVED BY CITY COUNCIL OR SPD** | | | |
| CITY PROPERTY TAX | .00 | 0 | .00 |
| CITY HOMESTEAD EXEMPTIONS (SAVINGS) | .00 | 0 | .00 |
| **TOTAL DUE BY JAN 15, 2015 WITHOUT PENALTY** | | | **75.89** |

**YOUR CLEARED CHECK WILL SERVE AS YOUR RECEIPT**
Tax payment history can be printed from the website.
www.aikencountysc.gov

| NAME | ASHLEY BETTY |
|---|---|
| RECEIPT NUMBER | R-2014-013255 |
| GIS NUMBER | 095-19-01-003 |
| PROPERTY ID | 777-00-19-438 |

| TAX DIST | MORT CODE | #IMP | LOTS | ACRES |
|---|---|---|---|---|
| 101 | 0 | 1 | 0 | .00 |

| PROPERTY LOCATION | 86 SAND |
|---|---|
| PROPERTY ADDRESS | 20 SILVER CT |
| TAXABLE VALUE | 2,880 |
| TAX AMOUNT | 40.89 |
| LESS HOMESTEAD EXEMPTION | .00 |
| LESS SCHOOL TAX CREDIT (SAVINGS) | 0.00 |
| FIRE FEE | 35.00 |
| STORM WATER FEE | 0.00 |
| **AMOUNT DUE BY Jan 15, 2015** | **75.89** |
| PENALTIES ADDED | |
| AFTER JAN 15 THRU FEB. 1 (+3%) | 77.12 |
| AFTER FEB 1 THRU MARCH 16 (+10%) | 79.98 |
| AFTER MARCH 16, 2015 (+15%) | 82.02 |
| PRIOR YEAR TAX ON THIS PROPERTY FOR INFORMATION ONLY  75.89 | |

**AFTER MARCH 16TH, DELINQUENT TAX COLLECTOR WILL ACCEPT ONLY CASH, CASHIER'S CHECK OR US POSTAL MONEY ORDER.  CONTACT DELINQUENT TAX COLLECTOR AT 803-642-2081 FOR CORRECT AMOUNT TO PAY.**

**PLEASE DETACH BOTTOM PORTION AND RETURN TO TREASURER TO ENSURE PROPER CREDIT**

B6C (Official Form 6C) (4/13)

In re  **Betty Sue Ashley**                                              ,      Case No. _____
                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**DEBTOR'S RESIDENCE: MOBILE HOME AND LAND; 26 SILVER COURT JACKSON, SC 29831, AIKEN COUNTY, TMS# (095-19-01-002), (.75) ACRES, TAX APPRAISAL VALUE ($3,970), SEE ATTACHED APPRAISAL. DEBTOR REFINANCED MOBILE HOME AND LAND IN 3/2010 FOR ($52,700).**<br><br>**MOBIILE HOME: 1998 REDMAN SILVERCREEK DOUBLEWIDE MOBILE HOME, VIN# (138A0256AB), (24X80), TAX APPRAISAL VALUE ($18,070), SEE ATTACHED APPRAISAL.**<br><br>**TOTAL VALUE OF MOBILE HOME AND LAND ($22,040)**<br>**DEBTOR'S OPINION OF MARKET VALUE ($40,000)** | S.C. Code Ann. § 15-41-30(A)(1) | 52,400.00 | 40,000.00 |
| **DEBTOR'S PROPERTY: LAND ONLY; 24 SILVER COURT JACKSON, SC  29831, AIKEN COUNTY, TMS# (095-19-01-003), (.75) ACRES, TAX APPRAISAL VALUE ($3,620), SEE ATTACHED APPRAISAL.**<br><br>**DEBTOR'S OPINION OF MARKET VALUE ($3,000)** | S.C. Code Ann. § 15-41-30(A)(7) UNUSED PORTION OF HOMESTEAD EXEMPTION | 3,620.00 | 3,620.00 |
| **Household Goods and Furnishings**<br>**HOUSEHOLD GOODS AND OTHER HOUSEHOLD APPLIANCES: LOVE SEAT, COUCH, (3) END TABLES, RUGS, LAMPS, (2) BEDROOM SETS, CURIO, KITCHEN TABLE, HUTCH, WII, (2) DVD PLAYERS, (3) TELEVISIONS, BLUE RAY PLAYER, LAPTOP, PRINTER, DISHES AND SILVERWARE, POTS AND PANS** | S.C. Code Ann. § 15-41-30(A)(3) | 2,800.00 | 2,800.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**BOOKS AND OTHER COLLECTIBLES** | S.C. Code Ann. § 15-41-30(A)(3) | 100.00 | 100.00 |
| **Wearing Apparel**<br>**ASSORTED USED CLOTHING** | S.C. Code Ann. § 15-41-30(A)(3) | 200.00 | 200.00 |
| **Furs and Jewelry**<br>**JEWELRY: ASSORTED COSTUME JEWELRY, (2) TENNIS BRACELETS, DIAMOND EARRINGS, DIAMOND NECKLACE, DIAMOND RING, MOTHERS RING** | S.C. Code Ann. § 15-41-30(A)(4) | 1,175.00 | 1,200.00 |

  __1__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Betty Sue Ashley**                                          ,    Case No. _____

                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in Insurance Policies** | | | |
| **WHOLE LIFE INSURANCE: STATE FARM LIFE; ONE STATE FARM PLAZA BLOOMINGTON, IL 61710, POLICY# (LF-1566-5927), VALUE OF POLICY ($25,000), CASH SURRENDER VALUE ($3,946)** | **S.C. Code Ann. § 15-41-30(A)(9)** | **3,946.00** | **3,946.00** |
| **TERM LIFE INSURANCE: PLATFORM LIFE INSURANCE, PO BOX 96 MINNEAPOLIS, MN 55440, POLICY# (PLBMD0314159), VALUE OF POLICY ($54,000), CASH SURRENDER VALUE ($0.00)** | **S.C. Code Ann. § 15-41-30(A)(8)** | **54,000.00** | **54,000.00** |
| **TERM LIFE INSURANCE: PRUDENTIAL LIFE INSURANCE COMPANY PO BOX 8517 PHILADELPHIA, PA  19176, POLICY# (50230), FACE VALUE OF POLICY ($6,241), CASH SURRENDER VALUE ($56,241)** | **S.C. Code Ann. § 15-41-30(A)(8)** | **56,241.00** | **56,241.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **RETIREMENT PROGRAM: ERISA QUALIFIED 401 (K) RETIREMENT PROGRAM, VANGUARD PO BOX 1101 VALLEY FORGE, PA  19482, FACE VALUE OF PROGRAM ($3,998.12), PROGRAM CANNOT BE ENTERED INTO WITHOUT SUBSTANTIAL PENALTY UNTIL THE AGE OF RETIREMENT HAS BEEN REACHED, CASH SURRENDER VALUE ($0.00)** | **S.C. Code Ann. § 15-41-30(A)(11)(e)** | **3,998.12** | **3,998.12** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **TAX REFUND FOR 2014  ($1,749)** | **S.C. Code Ann. § 15-41-30(A)(7) UNUSED PORTION OF HOMESTEAD EXEMPTION** | **1,749.00** | **1,749.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **DEBTOR'S PROPERTY: MOBILE HOME ONLY: 1986 FLEETWOOD SANDPOINTE SERIES SINGLEWIDE MOBILE HOME; VIN# (F2D3652FB2876GA),  (12X36), TAX APPRAISAL VALUE ($2,880, SEE ATTACHED). THIS MOBILE HOME SITS ON PROPERTY LISTED IN SCHEDULE A. TMS# (095-19-01-003). DEBTOR PURCHASED MOBILE HOME IN 2/2004 FOR ($2,500. DEBTOR'S OPINION OF MARKET VALUE ($500); NEEDS MANY REPAIRS AND IS OVER 25 YEARS OLD.** | **S.C. Code Ann. § 15-41-30(A)(7) UNUSED PORTION OF HOMESTEAD EXEMPTION** | **456.00** | **500.00** |
| **2006 CADILLAC STS: VIN# (1G6DW677660220096), (4) DOOR, (8) CYLINDER, (154,000) MILES, KELLEY BLUE BOOK VALUE ($4,607)** | **S.C. Code Ann. § 15-41-30(A)(2)** | **5,825.00** | **4,607.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **TOOLS OF THE TRADE:STRINGS AND BEADS AND CLAMPS** | **S.C. Code Ann. § 15-41-30(A)(6)** | **15.00** | **15.00** |
| | Total: | **186,525.12** | **172,976.12** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __**Betty Sue Ashley**_____,    Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **9839**<br><br>**1ST FRANKLIN FINANCIAL**<br>**338 EAST MARTIN TOWN ROAD**<br>**North Augusta, SC 29841** | | - | **2014**<br><br>**Non-Purchase Money Security**<br><br>**HOUSEHOLD GOODS AND OTHER HOUSEHOLD APPLIANCES: 522 (F) LIEN AVOID** | | | | | |
| | | | Value $              **2,800.00** | | | | 1,560.00 | 914.00 |
| Account No. **4995**<br><br>**BANK OF AMERICA**<br>**PO BOX 15222**<br>**Wilmington, DE 19886** | | - | **2010**<br>**Mortgage**<br>**DEBTOR'S RESIDENCE: MOBILE HOME AND LAND; 26 SILVER COURT JACKSON, SC 29831, ARREARS TO BE PAID THROUGH PLAN ($2,625), RESUME REGULAR PAYMENTS TO RESUME MAY 2015** | | | | | |
| | | | Value $            **40,000.00** | | | | 39,665.99 | 0.00 |
| Account No. **6164**<br><br>**QUICK CREDIT**<br>**456 FABIAN DRIVE**<br>**Aiken, SC 29803** | | - | **2014**<br><br>**Non-Purchase Money Security**<br><br>**HOUSEHOLD GOODS AND OTHER HOUSEHOLD APPLIANCES: 522 (F) LIEN AVOID** | | | | | |
| | | | Value $              **2,800.00** | | | | 756.00 | 756.00 |
| Account No. **0871**<br><br>**REGIONAL FINANCE**<br>**314 RICHLAND AVENUE WEST**<br>**Aiken, SC 29801** | | - | **2014**<br><br>**Non-Purchase Money Security**<br><br>**HOUSEHOLD GOODS AND OTHER HOUSEHOLD APPLIANCES: 522 (F) LIEN AVOID** | | | | | |
| | | | Value $              **2,800.00** | | | | 2,154.00 | 0.00 |

__0__ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 44,135.99 | 1,670.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 44,135.99 | 1,670.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Betty Sue Ashley**                                                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1___ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Betty Sue Ashley**                                                    ,    Case No. _____
                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6164** <br><br> **MOSS & ASSOCIATES, ATTORNEYS, P.A.** <br> **816 ELMWOOD AVENUE** <br> **Columbia, SC 29201** | - | | **2015** <br><br> **ATTORNEYS FEE** | | | | 3,015.00 | 0.00 <br><br> 3,015.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 <br> 3,015.00 |
| | | 3,015.00 |
| Total (Report on Summary of Schedules) | | 0.00 <br> 3,015.00 |
| | | 3,015.00 |

B6F (Official Form 6F) (12/07)

In re  **Betty Sue Ashley**                                                    Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6164**<br><br>**AIKEN COUNTY**<br>**828 RICHLAND AVE**<br>**Aiken, SC 29801** | - | | **2015**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **7876**<br><br>**ANESTHESIA RESOURCES OF AUGUSTA, LLC**<br>**PO BOX 3525**<br>**Augusta, GA 30914** | | | **2014**<br>**Medical Bills** | | | | 117.00 |
| Account No. **9313**<br><br>**ASSOCIATED CREDIT UNION**<br>**6251 CROOKED CREEK ROAD**<br>**Norcross, GA 30092** | - | | **2010**<br>**Credit card purchases** | | | | 2,537.00 |
| Account No. **0978**<br><br>**BELK**<br>**2801 WEST TYVOLA ROAD**<br>**Charlotte, NC 28217** | - | | **2011**<br>**Credit card purchases** | | | | 1,200.00 |

|   | Subtotal (Total of this page) | 3,854.00 |
|---|---|---|

__2__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Betty Sue Ashley** _____,   Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5703** <br><br> **CREDIT FIRST** <br> **PO BOX 81344** <br> **Cleveland, OH 44188** | - | | **2014** <br> **TIRES PLUS** | | | | 1,658.00 |
| Account No. **0KU0** <br><br> **DEPT OF EDUCATION** <br> **PO BOX 145122** <br> **Salt Lake City, UT 84114** | - | | **2008** <br> **Student Loan** | | | | 7,806.00 |
| Account No. **6164** <br><br> **IRS** <br> **PO BOX 7346** <br> **Philadelphia, PA 19101-7346** | - | | **2015** <br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **6950** <br><br> **MACYS** <br> **PO BOX 8113** <br> **Mason, OH 45040** | - | | **2002** <br> **Credit card purchases** | | | | 4,100.00 |
| Account No. **3067** <br><br> **ORTHOPAEDIC ASSOCIATES OF AUGUSTA, P.A.** <br> **811 13TH STREET** <br> **STE 20** <br> **Augusta, GA 30901** | - | | **2014** <br> **Medical Bills** | | | | 659.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **14,223.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Betty Sue Ashley**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6164**<br><br>**SC DEPARTMENT OF REVENUE**<br>**PO BOX 12265**<br>**Columbia, SC 29211** | - | | **2015**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **0080**<br><br>**SRP FEDERAL CREDIT UNION**<br>**PO BOX 6730**<br>**North Augusta, SC 29861** | X - | | **2013**<br>**Line of Credit** | | | | **2,000.00** |
| Account No. **2787**<br><br>**UNITED NEIGHBORHOOD FEDERAL CREDIT UNION**<br>**1434 POLAR STREET**<br>**Augusta, GA 30901** | - | | **2014**<br>**Personal Loan** | | | | **862.00** |
| Account No. **17CA**<br><br>**UNIVERSAL ACCOUNT SERVICING, LLC**<br>**PO BOX 8890**<br>**Saint Joseph, MO 64508** | - | | **2001**<br>**Collections** | | | | **1,217.00** |
| Account No. **3178**<br><br>**WALMART**<br>**702 S.W. 8TH STREET**<br>**Bentonville, AR 72716** | - | | **2012**<br>**Credit card purchases** | | | | **2,200.00** |

Sheet no. __**2**__ of __**2**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **6,279.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **24,356.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **Betty Sue Ashley**
_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Betty Sue Ashley**_____,    Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RICHARD ASHLEY**<br>**28 SILVER COURT**<br>**Jackson, SC 29831** | **SRP FEDERAL CREDIT UNION**<br>**PO BOX 6730**<br>**North Augusta, SC 29861** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Betty Sue Ashley** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | ADVANCE TECHNICIAN | |
| | Employer's name | JACOBS TECHNOLOGY | |
| | Employer's address | AKA FEDERAL NETWORK SYSTEMS<br>SAVANNAH RIVER SITE<br>Aiken, SC 29808 | |
| | How long employed there? | SINCE 1/2001 | |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **5,525.24** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ **5,525.24** | $ **N/A** |

Debtor 1    **Betty Sue Ashley**                                                                    Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $      5,525.24 | $      N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $      1,123.49 | $      N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $      0.00 | $      N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $      331.52 | $      N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $      0.00 | $      N/A |
| 5e. | **Insurance** | 5e. | $      137.77 | $      N/A |
| 5f. | **Domestic support obligations** | 5f. | $      0.00 | $      N/A |
| 5g. | **Union dues** | 5g. | $      0.00 | $      N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $      0.00 + | $      N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $      1,592.78    $      N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $      3,932.46    $      N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $      33.17    $      N/A

8b. **Interest and dividends**    8b.    $      0.00    $      N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $      0.00    $      N/A

8d. **Unemployment compensation**    8d.    $      0.00    $      N/A

8e. **Social Security**    8e.    $      0.00    $      N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.    $      0.00    $      N/A

8g. **Pension or retirement income**    8g.    $      0.00    $      N/A

8h. **Other monthly income.** Specify:    RENT FROM ROOMATE    8h.+    $      200.00 +    $      N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $      233.17    $      N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $      4,165.63    + $      N/A    = $      4,165.63
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    11.    +$      0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $      4,165.63

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:    DEBTOR'S INCOME IS CALUCULATED BASED ON 2015 YEAR TO DATE (WEEK 9) AS THIS IS A MORE ACCURATE REFLECTION OF CURRENT MONTHLY INCOME. DEBTOR RECEIVES ($200.00) IN RENT FOR A ROOM IN HER HOME. NO CHANGES ARE ANTICIPATED IN INCOME GREATER THAN 10% EXCEPT FOR COST OF LIVING 1-5%.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Betty Sue Ashley** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Describe Your Household**

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Niece** | **20** | ☐ No   ■ Yes |
| **Cousin** | **41** | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No   ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 524.63 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. $ | 5.58 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 125.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Betty Sue Ashley**                                                          Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **350.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **20.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **220.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **75.00** |
| 10. | **Personal care products and services** | | 10. $ | **60.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **80.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **275.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **125.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **467.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **26.00** |
| | 15b. | Health insurance | 15b. $ | **42.36** |
| | 15c. | Vehicle insurance | 15c. $ | **92.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify:    **AUTO PROPERTY TAXES** | | 16. $ | **14.83** |
| | Specify:    **MOBILE HOME PROPERTY TAXES** | | $ | **29.63** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | **3,132.03** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **4,165.63** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **3,132.03** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **1,033.60** |

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.
Explain:    **NO CHANGES ARE ANTICIPATED IN EXPENSES GREATER THAN 5% WITHIN THE NEXT YEAR.**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re    **Betty Sue Ashley**

Case No. _____

Debtor(s)

Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **29**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March 20, 2015**

Signature    **/s/ Betty Sue Ashley**

**Betty Sue Ashley**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of South Carolina

In re    **Betty Sue Ashley**                                                                Case No.
                                                    Debtor(s)              Chapter        **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,000.00 | YEAR TO DATE: (DEBTOR) JABOBS TECHNOLOGY AKA FEDERAL NETWORK SYSTEMS |
| $66,948.00 | 2014: (DEBTOR) JABOBS TECHNOLOGY AKA FEDERAL NETWORK SYSTEMS; BUSINESS INCOME (-185) |
| $59,757.00 | 2013: (DEBTOR) VERIZON WIRELESS; BUSINESS INCOME (-614) |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,349.00 | YEAR TO DATE: (DEBTOR) TAX REFUND FOR 2014; RENT |
| $19,419.00 | 2014: (DEBTOR) TAX REFUND FOR 2013; RENT; 401 (K) WITHDRAWAL (USED MONEY FOR BILLS, LOANS, BROTHERS FUNERAL |
| $6,206.00 | 2013: (DEBTOR) TAX REFUND FOR 2012; RENT |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **MOSS & ASSOCIATES, ATTORNEYS P.A. 816 ELMWOOD AVENUE COLUMBIA, SC 29201** | 3/2015 | **ATTORNEY FEE: $485.00 FILING FEE: $310.00** |
| **MONEYSHARP CREDIT COUNSELING 1916 N. FAIRFIELD AVENUE STE 200 Chicago, IL 60647** | 2/13/2015 | **CREDIT COUSELING $10.00** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **BETTY ASHLEY** | **6164** | **DBA PURE ELEGANCE BY ASH 26 SILVER COURT Jackson, SC 29831** | **BUSINESS WAS A SOLE PROPRIETORSHIP OPERATING AS A BEAD JEWELRY. MATERIALS AND SUPPLIES WERE PURCHASED ON AN AS NEEDED BASIS. THERE WERE NO OTHER EMPLOYEES OR ACCOUNTS RECEIVABLES.** | **2012- PRESENT** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                  ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                  DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __March 20, 2015__                    Signature    **/s/ Betty Sue Ashley**
                                                         **Betty Sue Ashley**
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### District of South Carolina

In re    **Betty Sue Ashley**                                                                     Case No.

                                          Debtor(s)                    Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **485.00** |
| Balance Due | $ | **3,015.00** |

2.    $  **310.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

5.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, motions to incur debt, motions to sell property, moratoriums, motions to reconsider, plan modifications after confirmation, motions to reopen, motions to redeem, or any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 20, 2015**                                    **/s/ JASON T. MOSS**
                                                                **JASON T. MOSS 7240**
                                                                **MOSS & ASSOCIATES, ATTORNEYS P.A.**
                                                                **816 ELMWOOD AVENUE**
                                                                **COLUMBIA, SC 29201**
                                                                **(803)-933-0202  Fax: (803)-933-9941**
                                                                **JASON@MOSSATTORNEYS.COM**

---

## DISCLOSURE OF ADDITIONAL ATTORNEY'S FEES

TYPE: Chapter 13 Bankruptcy for the United States Bankruptcy Court, the District of South Carolina.

### Priority Claims for Supplemental Attorney's Fees

| | | |
|---|---|---|
| TYPE 1: | Defending §362 Motion by creditor | Amount:$350 |
| TYPE 2: | Defending Motion to Dismiss by creditor after confirmation | Amount:$200 |
| TYPE 3: | Resolve Petition to Dismiss by Trustee | Amount:$50 |
| TYPE 4: | Combined §362 Motion by creditor and attending court | Amount:$450 |
| TYPE 5: | Motion to reinstate Automatic Stay or resumption of payment | Amount:$350 |
| TYPE 6: | Motion to modify post-confirmation plan | Amount:$185-$300 |
| TYPE 7: | Motion for Substitution of Collateral with hearing | Amount:$350 |
| TYPE 8: | Motion to modify post-confirmation plan due to change in circumstances requiring new Schedule I and Schedule J | Amount:$350-$400 |
| TYPE 9: | Motion to incur debt | Amount:$350-$400 |
| TYPE 10: | Motion to sell property | Amount:$400 |
| TYPE 11: | **Prevention** of §362 Motion for failing to maintain auto/home insurance and/or (out of court work-out) | Amount:$125 |
| TYPE 12: | Defending §362 Motion by creditor after a previous claim for prevention has been filed | Amount: $225 |
| TYPE 13: | Motion Establishing Priority of Tax Claim requiring a post-confirmation plan modification | Amount:$350 |
| TYPE 14: | Objection to Creditor's Proof of Claim requiring a post-confirmation plan modification | Amount: $350 |
| TYPE 15: | Motion for Moratorium requiring a hearing | Amount: $250 |
| TYPE 16: | Motion to Substitute Attorney | Amount:$150 |

| TYPE 17: | Taking over case | Amount:$150 |
|----------|------------------|-------------|
| TYPE 18: | Address change in estate due to inheritance | Amount:$150 |
| TYPE 19: | Address change in estate due to workers compensation settlement | Amount:$150 |
| TYPE 20: | Attorney Review/Release of Mortgage communication waiver | Amount: $125 |
| TYPE 21: | Application to Employ | Amount: $200 |
| TYPE 22: | Application for Settlement | Amount: $200 |
| TYPE 23: | Creditor Violation Letter | Amount: $60 |
| TYPE 24: | Consent Order Approving Loan Modification | Amount: $300 |
| TYPE 25: | Consent Order Lifting the Stay(to proceed in family court) | Amount: $350 |
| TYPE 26: | Negotiation with Mortgage Creditor for Loan Modification | Amount: $500 |
| TYPE 27: | Attorney Request and Authorization for Loan Modification and/or workout options | Amount $ 250 |

These fees are in addition to expedited attorney fees as referenced in the signed attorney client agreement.  If you have an issue that requires legal work greater than the above-referenced amounts, a request for approval of additional fees will be submitted to the Bankruptcy Trustee and Bankruptcy Court. If any additional work is needed, the Attorney rate is $300/ per hour. Any service for a creditor is an additional $1.00 or more per creditor.


 /s/ Betty Sue Ashley                            3/18/2015
Client                                                Date


/s/                                                      _____
Client                                                Date

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of South Carolina

In re    **Betty Sue Ashley** _____

                 Debtor(s)

Case No. _____

Chapter    **13** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Betty Sue Ashley** _____

Printed Name(s) of Debtor(s)

X   **/s/ Betty Sue Ashley**            **March 20, 2015**

    Signature of Debtor           Date

Case No. (if known) _____

X _____

    Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **Betty Sue Ashley**

Debtor(s)

Case No.

Chapter  **13**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) **X** electronic version filed via CM/ECF

Date:  **March 20, 2015**

**/s/ Betty Sue Ashley**
**Betty Sue Ashley**
Signature of Debtor

Date:  **March 20, 2015**

**/s/ JASON T. MOSS**
Signature of Attorney
**JASON T. MOSS 7240**
**MOSS & ASSOCIATES, ATTORNEYS P.A.**
**816 ELMWOOD AVENUE**
**COLUMBIA, SC 29201**
**(803)-933-0202   Fax: (803)-933-9941**
Typed/Printed Name/Address/Telephone

**7240**
District Court I.D. Number

```
1ST FRANKLIN FINANCIAL
338 EAST MARTIN TOWN ROAD
NORTH AUGUSTA SC 29841


AIKEN COUNTY
828 RICHLAND AVE
AIKEN SC 29801


ANESTHESIA RESOURCES OF AUGUSTA, LLC
PO BOX 3525
AUGUSTA GA 30914


ASSOCIATED CREDIT UNION
6251 CROOKED CREEK ROAD
NORCROSS GA 30092


ATTORNEY GENERAL OF UNITED STATES
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001


BANK OF AMERICA
PO BOX 15222
WILMINGTON DE 19886


BELK
2801 WEST TYVOLA ROAD
CHARLOTTE NC 28217


CREDIT FIRST
PO BOX 81344
CLEVELAND OH 44188


DEPT OF EDUCATION
PO BOX 145122
SALT LAKE CITY UT 84114


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


MACYS
PO BOX 8113
MASON OH 45040
```

MOSS & ASSOCIATES, ATTORNEYS, P.A.
816 ELMWOOD AVENUE
COLUMBIA SC 29201


ORTHOPAEDIC ASSOCIATES OF AUGUSTA, P.A.
811 13TH STREET
STE 20
AUGUSTA GA 30901


QUICK CREDIT
456 FABIAN DRIVE
AIKEN SC 29803


REGIONAL FINANCE
314 RICHLAND AVENUE WEST
AIKEN SC 29801


RICHARD ASHLEY
28 SILVER COURT
JACKSON SC 29831


SC DEPARTMENT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SRP FEDERAL CREDIT UNION
PO BOX 6730
NORTH AUGUSTA SC 29861


UNITED NEIGHBORHOOD FEDERAL CREDIT UNION
1434 POLAR STREET
AUGUSTA GA 30901


UNIVERSAL ACCOUNT SERVICING, LLC
PO BOX 8890
SAINT JOSEPH MO 64508


US ATTORNEY'S OFFICE
ATTN DOUG BARNETT
1441 MAIN ST STE 500
COLUMBIA SC 29201


WALMART
702 S.W. 8TH STREET
BENTONVILLE AR 72716

Fill in this information to identify your case:

Debtor 1      **Betty Sue Ashley**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of South Carolina

Case number
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐  1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑  2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐  3. The commitment period is 3 years.

☑  4. The commitment period is 5 years.

☐ Check if this is an amended filing

# Official Form 22C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☑ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married**. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 5,525.24 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. **Net income from operating a business, profession, or farm** | | |
| Gross receipts (before all deductions) | $ 55.00 | |
| Ordinary and necessary operating expenses | -$ 21.83 | |
| Net monthly income from a business, profession, or farm | $ 33.17  Copy here -> $ 33.17 | $ |
| 6. **Net income from rental and other real property** | | |
| Gross receipts (before all deductions) | $ 200.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from rental or other real property | $ 200.00  Copy here -> $ 200.00 | $ |

Debtor 1    **Betty Sue Ashley**

Case number (if known)

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 | |
| For your spouse | $ | |

| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. | $ 0.00 | $ |
| 10b. | $ 0.00 | $ |
| 10c. Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $ 5,758.41 | + | $ | = | $ 5,758.41 |

Total average
monthly income

**Part 2:**    Determine How to Measure Your Deductions from Income

12. **Copy your total average monthly income from line 11.**    $ 5,758.41

13. **Calculate the marital adjustment.** Check one:

- ☑ You are not married. Fill in 0 on line 3d.
- ☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.
- ☐ You are married and your spouse is not filing with you.

  Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

  In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

  If this adjustment does not apply, enter 0 on line 13d.

| 13a. | $ |
| 13b. | $ |
| 13c. | + $ |

| 13d. Total | $ 0.00 | Copy here=> 13d. | - | 0.00 |

14. **Your current monthly income.** Subtract line 13d from line 12.    14. $ 5,758.41

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=>    15a. $ 5,758.41

Multiply line 15a by 12 (the number of months in a year).    x 12

15b. The result is your current monthly income for the year for this part of the form.    15b. $ 69,100.92

Debtor 1    **Betty Sue Ashley** _____    Case number (*if known*) _____

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.          **SC**

    16b. Fill in the number of people in your household.      **3**

    16c. Fill in the median family income for your state and size of household. .............................. 16c.   $   **54,028.00**

        To find a list of applicable median income amounts, go online using the link specified in the
        separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ☐   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under
           11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

    17b. ■   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §
           1325(b)(3)*. **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2).** On line 39 of that form, copy your
           current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11** .  ......................................... 18.   $   **5,758.41**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you
    contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your
    spouse's income, copy the amount from line 13d.

    If the marital adjustment does not apply, fill in 0 on line 19a.                       19a. -$   **0.00**

    **Subtract line 19a from line 18.**                         19b.   $   **5,758.41**

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b  .......................................................... 20a.   $   **5,758.41**

        Multiply by 12 (the number of months in a year).                **x 12**

    20b. The result is your current monthly income for the year for this part of the form   20b.   $   **69,100.92**

    20c. Copy the median family income for your state and size of household from line 16c  ..........   $   **54,028.00**

21. **How do the lines compare?**

    ☐   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment
       period is 3 years*. Go to Part 4.

    ■   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The
       commitment period is 5 years*. Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Betty Sue Ashley _____

**Betty Sue Ashley**
Signature of Debtor 1

Date **March 20, 2015** _____
    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 22C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     **page 3**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Betty Sue Ashley**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of South Carolina

Case number
(if known)

☐ Check if this is an amended filing

**Official Form 22C-2**
# Chapter 13 Calculation of Your Disposable Income

12/14

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly income and Calculation of Commitment Period* (Official Form 22C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

**3**

**National Standards**        You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

$ _____ **1,249.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| Debtor 1 | **Betty Sue Ashley** | Case number (*if known*) | |

---

**People who are under 65 years of age**

| 7a. | Out-of-pocket health care allowance per person | $ | **60** | | | |
| 7b. | Number of people who are under 65 | X | **3** | | | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | **180.00** | Copy line 7c here=> | $ | **180.00** |

**People who are 65 years of age or older**

| 7d. | Out-of-pocket health care allowance per person | $ | **144** | | | |
| 7e. | Number of people who are 65 or older | X | **0** | | | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | $ | **0.00** | Copy line 7f here=> | $ | **0.00** |

| 7g. | **Total.** Add line 7c and line 7f | | $ | **180.00** | Copy total here=> 7g. | $ | **180.00** |

---

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

**Housing and utilities - Insurance and operating expenses**
**housing and utilities - Mortgage or rent expenses**

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.                    $ **556.00**

9.  **Housing and utilities - Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.          $ **844.00**

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **BANK OF AMERICA** | $ **524.63** |

| | 9b. Total average monthly payment | $ **524.63** | Copy line 9b here=> -$ **524.63** | Repeat this amount on line 33a. |

9c.  Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.          9c. $ **319.37**    Copy line 9c here=> $ **319.37**

10.  **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**          $ **0.00**

Explain why: _____

---

Debtor 1  **Betty Sue Ashley**                                   Case number (*if known*)  _____

---

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

☐ 1. Go to line 12.

■ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the *operating* expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.                                         $        **488.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| **Vehicle 1** | **Describe Vehicle 1:** _____ |

13a. Ownership or leasing costs using IRS Local Standard                      13a.    $        **0.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then dived by 60.

| **Name of each creditor for Vehicle 1** | **Average monthly payment** |
|---|---|
| **-NONE-** | $ |

Copy 13b here => -$  **0.00**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0.

13c.    $        **0.00**        Copy net Vehicle 1 expense here => $        **0.00**

| **Vehicle 2** | **Describe Vehicle 2:** _____ |

13d. Ownership or leasing costs using IRS Local Standard                      13d.    $        **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| **Name of each creditor for Vehicle 2** | **Average monthly payment** |
|---|---|
| **-NONE-** | $ |

Copy 13e here => -$  **0.00**

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. if this number is less than $0, enter $0.

13f.    $        **0.00**        Copy net Vehicle 2 expense here => $        **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.                                         $        **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.                                         $        **0.00**

---

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor 1 | **Betty Sue Ashley** | | Case number (*if known*) | |
|---|---|---|---|---|

---

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes. $ __1,123.49__

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. $ __0.00__

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. $ __14.44__

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. $ __0.00__

20. **Education:** The total monthly amount that you pay for education that is either required:
as a condition for your job, or
for your physically or mentally challenged dependent child if no public education is available for similar services. $ __0.00__

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education. $ __0.00__

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

Payments for health insurance or health savings accounts should be listed only in line 25. $ __0.00__

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22C-1, or any amount you previously deducted. +$ __220.00__

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23. $ __4,150.30__

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

Health insurance $ __123.33__

Disability insurance $ __0.00__

Health savings account + $ __0.00__

Total $ __123.33__    Copy total here=> $ __123.33__

Do you actually spend this total amount?
☐ No. How much do you actually spend?
■ Yes $ _____

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. $ __0.00__

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

By law, the court must keep the nature of these expenses confidential. $ __0.00__

---

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Betty Sue Ashley** _____    Case number (*if known*) _____

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

   If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

   You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.    $ _____ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

   You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

   * Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.    $ _____ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

   To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

   You must show that the additional amount claimed is reasonable and necessary.    $ _____ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).    $ _____ 0.00

32. **Add all of the additional expense deductions**
   Add lines 25 through 31.    $ _____ 123.33

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | Average monthly payment |
|---|---|---|
| | **Mortgages on your home** | |
| 33a. | Copy line 9b here    => | $ _____ 524.63 |
| | **Loans on your first two vehicles** | |
| 33b. | Copy line 13b here    => | $ _____ 0.00 |
| 33c. | Copy line 13e here    => | $ _____ 0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d.  -NONE- _____ | _____ | ☐ No  ☐ Yes | $ _____ |
| 33e. _____ | _____ | ☐ No  ☐ Yes | $ _____ |
| 33f. _____ | _____ | ☐ No  ☐ Yes | + $ _____ |

33g.  Total average monthly payment. Add lines 33a through 33f    $ _____ 524.63    Copy total here=>    $ _____ 524.63

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1 **Betty Sue Ashley**                                    Case number (*if known*) _____

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.  Go to line 35.

☑ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| BANK OF AMERICA | DEBTOR'S RESIDENCE: MOBILE HOME AND LAND; 26 SILVER COURT JACKSON, SC 29831, ARREARS TO BE PAID THROUGH PLAN ($2,625), RESUME REGULAR PAYMENTS TO RESUME MAY 2015 | $  2,625.00 | ÷ 60 = $ | 43.75 |
| | | $ | ÷ 60 = $ | |
| | | $ | ÷ 60 = +$ | |

Total $ **43.75**    Copy total here=> $ **43.75**

**35. Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.  Go to line 36.

☑ Yes.  Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ................... $  **3,015.00**  ÷ 60  $  **50.25**

**36. Projected monthly Chapter 13 plan payment**                              $  **260.00**

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    X  **9.10**

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense                    $  **23.66**    Copy total here=> $ **23.66**

**37. Add all of the deductions for debt payment.**                                              $  **642.29**
   Add lines 33g through 36.

## Total Deductions from Income

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* .............    $  **4,150.30**

Copy line 32, *All of the additional expense deductions* ...........    $  **123.33**

Copy line 37, *All of the deductions for debt payment* ...........   +$  **642.29**

Total deductions    $  **4,915.92**    Copy total here=>    $  **4,915.92**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Betty Sue Ashley** _____   Case number (*if known*) _____

| Part 2: | Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2) |
|---|---|

39. **Copy your total current monthly income from line 14 of Form 22C-1,** *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* .................... $ **5,758.41**

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child. $ **0.00**

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19). $ **331.52**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here. => $ **4,915.92**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| 43a. _____ | $ _____ |
| 43b. _____ | $ _____ |
| 43c. _____ | $ _____ |

43d. **Total.** Add lines 43a through 43c. ............ $ **0.00**   Copy 43d here=> $ **0.00**

44. **Total adjustments.** Add lines 40 through 43d. ............ => $ **5,247.44**   Copy total here=> -$ **5,247.44**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39. $ **510.97**

| Part 3: | Change in Income or Expenses |
|---|---|

46. **Change in income or expenses.** If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Betty Sue Ashley**                                          Case number (*if known*) _____

---

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.


**X** **/s/ Betty Sue Ashley**
_____

**Betty Sue Ashley**
Signature of Debtor 1

Date **March 20, 2015**
_____
MM / DD / YYYY

---